BEFORE: ARLENE R. LINDSAY                      DATE: May, 29. 2020____
UNITED STATES MAGISTRATE JUDGE                 TIME ON:__12:00_____
                                               TIME OFF: 12:45_____


Case No._19 CR 582 (DRH)_____             Courtroom Deputy: Robert Imrie__


                   Criminal Cause for _Motion Hearng____


Defendant: Jack Cabasso_____
          Present_X_(By Telephone) Not Present___     In Custody___ On Bail/Bond___

Attorney:_Albert Dayan_____       Ret'd_X___ CJA___ FD of NY__

Defendant: Jack Cabasso_____
          Present_X_(By Telephone) Not Present___     In Custody___ On Bail/Bond___

Attorney:_Kenneth Kaplan_____       Ret'd_X___ CJA___ FD of NY__

Defendant: Christine Lazarus_____
          Present X (By Telephone) _Not Present_____    In Custody_____ On Bail/Bond_____

Attorney: Joel Stein_____       Ret'd X____ CJA_____ FD of NY_____

Defendant: Alan Schwartz_____
          Present X (By Telephone) _Not Present_____    In Custody_____ On Bail/Bond_____

Attorney: John Wallenstein and Richard Willstatter___       Ret'd X____ CJA_____ FD of NY_____

Defendant: Adventura Technologies Inc._____
          Present X (By Telephone) Not Present_____    In Custody_____ On Bail/Bond_____

Attorney: James Braden_____       Ret'd X____ CJA_____ FD of NY_____

AUSA: Ian Richardson_____

Interpreter: N/A_____

ESR Time:_____

 X___ Case Called     X___ Counsel for all sides present.

NOTES: Argument heard on the motion for a protective order [121]. The Government is directed
to submit a revised proposed protective order consistent with the rulings made on the record.____
  The application to modify the conditions of Mr. Schwatz's bond is granted.