

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AFM
F. #2018R01047

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 25, 2020

By Email

James M. Branden, Esq.
The Law Office of James M. Branden
80 Bay Street Landing, Ste. 7J
Staten Island, NY 10301

        Re:    United States v. Jack Cabasso, et al.
                    Criminal Docket No. 19-CR-582 (DRH)

Dear Mr. Branden:

        Pursuant to Rule 16(a)(1)(E)(iii) of the Federal Rules of Criminal Procedure, and subject to the terms of the Protective Order entered by the Court on May 29, 2020, the government hereby furnishes discovery with respect to the above-referenced matter, consisting of emails and other electronic data from Aventura's corporate email accounts, obtained by the government from Microsoft Corp. pursuant to the search warrant that was produced to you on June 23, 2020 with Bates range AVENTURA_0000080277-AVENTURA_0000080287.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

SETH D. DuCHARME
Acting United States Attorney

By: _____/s/_____
Ian C. Richardson
Alexander Mindlin
Kayla Bensing
Assistant U.S. Attorneys
(718) 254-6299/6433/6279

Enclosure

cc: Clerk of the Court (DRH) (by ECF) (without enclosures)