CRIMINAL CAUSE FOR STATUS CONFERENCE - COMPLEX CASE

BY TELEPHONE

BEFORE JUDGE: HURLEY, J.   DATE: 6|17|21   TIME: 1:30 - 2:00 PM
DOCKET NUMBER:   CR-19-582   TITLE: USA V. CABASSO, ET AL

DEFT. NAME: JACK CABASSO                     DEF. #: 1
   X _PRESENT, _NOT PRESENT, _IN CUSTODY, X ON BAIL
   ATTY FOR DEFT.: ALBERT DAYAN     (RET)
   X _PRESENT, _NOT PRESENT

DEFT. NAME: FRANCES CABASSO                  DEF #2
   X-PRESENT, __NOT PRESENT, __ IN CUSTODY, _X ON BAIL
   ATTY FOR DEFT: KENNETH KAPLAN  (RET)
   X-PRESENT, __ NOT PRESENT

DEFT. NAME : CHRISTINE LAZARUS        DEF #4
   X -PRESENT, _ NOT PRESENT, _ IN CUSTODY, __X ON BAIL
   ATTY FOR DEFT: JOEL MARK STEIN
   X PRESENT, __ NOT PRESENT

DEFT. NAME: EDUARD MATULIK                          DFT. #: 6
   X _PRESENT, _NOT PRESENT, _IN CUSTODY,   X ON BAIL
   ATTY FOR DEFT.:   TODD GREENBERG   (RET)
   X _PRESENT, _NOT PRESENT

DEFT. NAME: ALAN SCHWARTZ                            DFT. #: 7
   X _PRESENT, _NOT PRESENT, __IN CUSTODY, X ON BAIL
   ATTY FOR DEFT.:   JOHN WALLENSTEIN , RICHARD WILLSATTER (RET)
   X _PRESENT, _NOT PRESENT

DEFT. NAME: ADVENTURA TECHNOLOGIES                 DFT. #: 8
   X _PRESENT, _NOT PRESENT, _IN CUSTODY, __ON BAIL
   ATTY FOR DEFT.:   JAMES BRANDEN   (RET)
   X PRESENT, _NOT PRESENT

A.U.S.A.: ALEXANDER MINDLIN, IAN RICHARDSON
DEPUTY CLERK: L. LUNDY
COURT REPORTER(S) OR ESR OPERATOR: Dominick Tursi

X_ CASE CALLED FOR STATUS CONFERENCE

X_ SPEEDY TRIAL INFORMATION FOR DEFT(S) ALL DEFENDANTS
CODE TYPE: X- T   START DATE: 6|17|2021 STOP DATE: 9|2|2021

**X** STATUS CONFERENCE SET FOR ⟶ 7|9|2021 at 4:00 p.m

**ALL DEFENDANTS CONTINUE ON BOND**

**THE DEFENDANTS AND COUNSEL CONSENT TO HAVE THIS PROCEEDING BY TELECONFERENCE.**

motion schedule for defendant Jack Cabasso
motion- 7|8|2021  Response 7|22|2021  Reply 8|2|2021