| | |
|---|---|
| BEFORE: ARLENE R. LINDSAY<br>UNITED STATES MAGISTRATE JUDGE | DATE:     10/12/2022<br>TIME ON:    3:07 pm<br>TIME OFF:   3:33 pm |

Case No.    19-CR-582(JMA)              Courtroom Deputy: Robert Imrie (JG)

FILED
CLERK
4:31 pm, Oct 12, 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

Criminal Cause for    Status Conference

Defendant 1: Jack Cabasso present (bond) with retained counsel Harlan Protass.
Defendant 2: Frances Cabasso present (bond) with retained counsel Kenneth Kaplan.
Defendant 8: Aventura Technologies Inc. With retained counsel Samuel Braverman

AUSA:  Alexander Mindlin and Claire S. Kedeshian

ESR TIME:    3:07-3:33

 X   Case Called          X   Counsel for all sides present.

___ Order Setting Conditions of Release and Bond Entered.    ___ Special Conditions Apply.

___ Order of Detention Entered.

___ Temporary Order of Detention Entered.

 X  Defendants waive Speedy Trial from 10/12/2022 to 11/17/2022.

 X  All parties consent to proceeding telephonically.

The next Court appearance is scheduled for November 17, 2022, at 1 pm via telephone before the Honorable Joan M. Azrack.

Other: Parties heard regarding the Motion to Modify Conditions of Release as to Jack Cabasso. The Motion [274] is denied.