

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

www.FBDMLaw.com

October 27, 2022

Honorable Joan M. Azrack
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re:* *United States v. Cabasso, et. al.*
*Case No.: 19 Cr. 00582 (DRH) (ARL)*

Dear Judge Azrack,

I represent Aventura Technologies, Inc. in the above referenced matter. Jack Cabasso is a co-defendant in this case. I respectfully request a modification of Mr. Cabasso's bail conditions so that Mr. Cabasso may meet me at my office in Teaneck, NJ on Wednesday November 2 to discuss case related matters. In order to allow sufficient time to travel to and from my office, I ask that Mr. Cabasso be permitted to leave his home in Long Island, NY at 9:30 am and return by 6:00 pm. If this request is approved, Mr. Cabasso would contact Pre-Trial Services to provide any information requested regarding his travel.

The Government has no objection to this request, provided that Mr. Cabasso provides the required notice to Pre-Trial Services.

Thank you for your consideration of this matter.

Respectfully submitted,

s/Sam Braverman
Sam Braverman
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

Cc: Ian C. Richardson, AUSA